# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130651

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                                SC: 130651
                                                                 COA: 254802
                                                                 Wayne CC: 03-014144-01

TANIA MARIA SWAIZEY,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 2, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

d0724